IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SHEILA GOLONKA,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV442 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **JO ANNE B. BARNHART,** | ) | |
| **Commissioner, Social Security** | ) | |
| **Administration,** | ) | |
| | ) | |
| Defendant. | ) | |

Considering the defendant's motion to remand (Filing No. 18),

**IT IS ORDERED** that this case be reversed and remanded back to the Commissioner in accord with sentence four of 42 U.S.C. § 405(g).

**IT IS FURTHER ORDERED:**

1. That this case be given to an Administrative Law Judge (ALJ) to re-evaluate Plaintiff's physical and mental residual functional capacity.

2. That the ALJ obtain medical expert testimony regarding the nature and severity to Plaintiff's alleged mental impairment.

3. That the ALJ obtain updated information from Plaintiff's treating source and re-evaluate her credibility.

4. That the ALJ evaluate any substance abuse by Plaintiff and, if necessary, obtain additional vocational expert evidence.

5. That the ALJ consider the evidence filed in connection with a subsequent Title XVI application.

Dated this 29th day of December, 2006.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge