**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **SHEILA GOLONKA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:06CV442** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **SOCIAL SECURITY ADMINISTRATION,** | ) | |
| **JO ANNE B. BARNHART,** | ) | |
| **Commissioner of Social Security** | ) | |
| **Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the plaintiff's Motion for Attorney Fees Pursuant to 28 U.S.C. § 2412(d)(1)(B) (Filing No. 22).  The plaintiff's filed exhibits describing his time spent and other information in support of the motion.  **See** Filing No. 22, Exhibits A-C.  The defendant states, "Given the facts of this case, Defendant does not object" to an award in the amount of $4,706.93, which represents 29.1 hours of work.  **See** Filing No. 25. Because the defendant voluntarily moved to reverse and remand, the court concludes that the defendant was not substantially justified in denying the plaintiff's benefits, the plaintiff is a prevailing party, and an award of attorney fees in the amount of $4,706.93 is reasonable and warranted in accordance with 28 U.S.C. § 2412.  Upon consideration,

**IT IS ORDERED:**

1.      The plaintiff's Motion for Attorney Fees Pursuant to 28 U.S.C. § 2412(d)(1)(B) (Filing No. 22) is granted.

2.      The plaintiff is awarded attorney fees in the amount of $4,706.93, which may be made payable to the plaintiff's counsel.

DATED this 17th day of January, 2007.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge